# Exhibit F

Exhibit F, Table 1. The Hudson Bay Defendants' Beneficial Ownership of BBBY Common Stock, Blockers Disregarded.

Note 1   Except for figures at deal closing, all figures are given as of 4 p.m. New York City time on the date shown.

Note 2   Because BBBY's authorized common stock was limited to 900,000,000 shares, this spreadsheet reduces the total common stock underlying the Derivative Securities (Column (A)) to the extent that such total ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ and pending conversion and exercise requests (Column (C)) and shares outstanding (Column (E)), exceeds 900,000,000.

| Date | Total Common Stock Underlying Derivative Securities (from Ex. F, Tbl. 2, Adjusted per Note 2) (A) | Shares Issuable Upon Pending Conversion and Exercise Requests (C) | Approx. Shares Outstanding per BBBY Books (E) | Approx. Shares Outstanding Plus Shares Hudson Bay Has Right to Acquire (See Note 2) (F) = (A) + (C) + (E) |
|---|---|---|---|---|
| At Closing | 711,648,336 | 0 | 116,837,942 | 828,486,278 |
| 02/07/23 | 672,682,600 | 31,965,740 | 116,837,942 | 821,486,282 |
| 02/08/23 | 642,682,600 | 48,215,740 | 122,532,421 | 813,430,761 |
| 02/09/23 | 622,682,600 | 32,500,000 | 154,262,331 | 809,444,931 |
| 02/10/23 | 612,682,600 | 19,500,000 | 176,059,300 | 808,241,900 |
| 02/13/23 | 650,936,810 | 12,609,610 | 189,293,081 | 852,839,501 |
| 02/14/23 | 690,060,508 | 13,974,452 | 195,965,040 | 900,000,000 |
| 02/15/23 | 679,122,034 | 18,351,299 | 202,526,667 | 900,000,000 |
| 02/16/23 | 671,619,017 | 17,561,461 | 210,819,522 | 900,000,000 |
| 02/17/23 | 663,739,035 | 14,215,313 | 222,045,652 | 900,000,000 |
| 02/21/23 | 656,952,358 | 13,394,800 | 229,652,842 | 900,000,000 |
| 02/22/23 | 642,976,932 | 20,070,598 | 236,952,470 | 900,000,000 |
| 02/23/23 | 641,943,350 | 14,709,680 | 243,346,970 | 900,000,000 |
| 02/24/23 | 641,652,303 | 8,324,929 | 250,022,768 | 900,000,000 |
| 02/27/23 | 633,769,970 | 8,077,511 | 258,152,519 | 900,000,000 |
| 02/28/23 | 624,154,869 | 17,236,256 | 258,608,875 | 900,000,000 |
| 03/01/23 | 615,905,235 | 17,452,871 | 266,641,894 | 900,000,000 |
| 03/02/23 | 599,743,594 | 8,003,079 | 285,749,248 | 893,495,921 |
| 03/03/23 | 591,547,436 | 8,003,079 | 293,752,327 | 893,302,842 |
| 03/06/23 | 589,894,357 | 8,003,079 | 301,755,406 | 899,652,842 |
| 03/07/23 | 597,576,051 | 0 | 301,755,406 | 899,331,457 |
| 03/08/23 | 581,994,594 | 16,250,000 | 301,755,406 | 900,000,000 |
| 03/09/23 | 581,862,726 | 0 | 318,137,274 | 900,000,000 |
| 03/10/23 | 573,864,729 | 7,997,997 | 318,137,274 | 900,000,000 |
| 03/13/23 | 565,306,084 | 8,551,578 | 326,142,338 | 900,000,000 |
| 03/14/23 | 556,727,490 | 17,130,172 | 326,142,338 | 900,000,000 |
| 03/15/23 | 549,485,823 | 15,109,589 | 335,404,588 | 900,000,000 |
| 03/16/23 | 542,433,135 | 14,006,856 | 343,560,009 | 900,000,000 |
| 03/17/23 | 539,301,035 | 10,597,577 | 350,101,388 | 900,000,000 |
| 03/20/23 | 509,006,573 | 33,416,178 | 357,577,249 | 900,000,000 |
| 03/21/23 | 493,144,048 | 46,156,987 | 360,698,965 | 900,000,000 |
| 03/22/23 | 475,438,642 | 23,793,788 | 391,654,367 | 890,886,797 |
| 03/23/23 | 453,473,418 | 20,028,038 | 407,516,892 | 881,018,348 |
| 03/24/23 | 448,026,967 | 12,096,775 | 415,448,155 | 875,571,897 |

Exhibit F, Table 1. The Hudson Bay Defendants' Beneficial Ownership of BBBY Common Stock, Blockers Disregarded.

Note 1 — Except for figures at deal closing, all figures are given as of 4 p.m. New York City time on the date shown.

Note 2 — Because BBBY's authorized common stock was limited to 900,000,000 shares, this spreadsheet reduces the total common stock underlying the Derivative Securities (Column (A)) to the extent that such total ▮▮▮▮▮ ) and pending conversion and exercise requests (Column (C)) and shares outstanding (Column (E)), exceeds 900,000,000.

| Date | Total Common Stock Underlying Derivative Securities (from Ex. F, Tbl. 2, Adjusted per Note 2) (A) | Shares Issuable Upon Pending Conversion and Exercise Requests (C) | Approx. Shares Outstanding per BBBY Books (E) | Approx. Shares Outstanding Plus Shares Hudson Bay Has Right to Acquire (See Note 2) (F) = (A) + (C) + (E) |
|---|---|---|---|---|
| 03/27/23 | 439,298,895 | 0 | 427,679,339 | 866,978,234 |
| 03/28/23 | 439,298,895 | 0 | 427,679,339 | 866,978,234 |
| 03/29/23 | 438,858,654 | 0 | 428,119,580 | 866,978,234 |
| 03/30/23 | 89,248,174 | 650 | 437,679,367 | 526,928,191 |
| 03/31/23 | 89,248,174 | 0 | 496,083,426 | 585,331,600 |
| 04/03/23 | 128,058,660 | 11,871,509 | 496,083,426 | 636,013,595 |
| 04/04/23 | 128,058,660 | 11,871,509 | 496,083,454 | 636,013,623 |
| 04/05/23 | 118,980,447 | 9,078,213 | 542,013,313 | 670,071,973 |
| 04/06/23 | 118,980,447 | 9,078,213 | 558,735,983 | 686,794,643 |
| 04/10/23 | 99,162,012 | 19,818,436 | 560,088,710 | 679,069,158 |
| 04/11/23 | 99,162,012 | 19,818,436 | 588,328,488 | 707,308,936 |
| 04/12/23 | 69,832,403 | 29,329,609 | 651,306,980 | 750,468,992 |
| 04/13/23 | 69,832,403 | 29,329,609 | 667,442,613 | 766,604,625 |
| 04/14/23 | 69,832,403 | 0 | 696,772,222 | 766,604,625 |
| 04/17/23 | 44,692,738 | 25,139,665 | 712,883,592 | 782,715,995 |
| 04/18/23 | 44,692,738 | 25,139,665 | 713,179,551 | 783,011,954 |
| 04/19/23 | 13,966,481 | 30,726,257 | 738,319,244 | 783,011,982 |
| 04/20/23 | 2,094,973 | 42,597,765 | 738,654,441 | 783,347,179 |
| 04/21/23 | 2,094,973 | 11,871,508 | 781,375,487 | 795,341,968 |

**Exhibit F, Table 2. Nominal Shares of BBBY Common Stock Underlying the Hudson Bay Defendants' Derivative Securities.**

**Note 1** Except for figures at deal closing, all figures are given as of 4 p.m. New York City time on the date shown.

| Date | Common Stock Underlying Series A | | | Common Stock Underlying Common Warrants | | | Common Stock Underlying Preferred Warrants | | Common Stock Underlying Com. Wars. | | Total Common Underlying Pref. Wars. | Total Common Stock Underlying Derivative Securities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Series A Balance (A) | Conversion Price (B) | Underlying Common (C) = (A)×$10,000 / (B) | Com. War. Balance (D) | Underlying Common (E) = (D) | Pref. War. Balance (F) | Issuable Series A (G) = (F) | Underlying Common (H) = (G)×$10,000 / (B) | Issuable Com. Wars. (I) = (H) × 0.5 | Underlying Common (J) = (I) | (K) = (H) + (J) | (C) + (E) + (K) |
| At Closing | 21,317 | $2.3727 | 89,842,796 | 89,399,419 | 89,399,419 | 84,216 | 84,216 | 354,937,414 | 177,468,707 | 177,468,707 | 532,406,121 | 711,648,336 |
| 02/07/23 | 16,817 | $2.3727 | 70,877,060 | 69,399,419 | 69,399,419 | 84,216 | 84,216 | 354,937,414 | 177,468,707 | 177,468,707 | 532,406,121 | 672,682,600 |
| 02/08/23 | 16,817 | $2.3727 | 70,877,060 | 39,399,419 | 39,399,419 | 84,216 | 84,216 | 354,937,414 | 177,468,707 | 177,468,707 | 532,406,121 | 642,682,600 |
| 02/09/23 | 16,817 | $2.3727 | 70,877,060 | 19,399,419 | 19,399,419 | 84,216 | 84,216 | 354,937,414 | 177,468,707 | 177,468,707 | 532,406,121 | 622,682,600 |
| 02/10/23 | 16,817 | $2.3727 | 70,877,060 | 9,399,419 | 9,399,419 | 84,216 | 84,216 | 354,937,414 | 177,468,707 | 177,468,707 | 532,406,121 | 612,682,600 |
| 02/13/23 | 16,817 | $2.1990 | 76,475,671 | 19 | 19 | 84,216 | 84,216 | 382,974,080 | 191,487,040 | 191,487,040 | 574,461,120 | 650,936,810 |
| 02/14/23 | 15,467 | $1.7165 | 90,107,778 | 19 | 19 | 84,216 | 84,216 | 490,626,275 | 245,313,138 | 245,313,138 | 735,939,413 | 826,047,210 |
| 02/15/23 | 16,167 | $1.7165 | 94,185,844 | 7,282,280 | 7,282,280 | 81,716 | 81,716 | 476,061,754 | 238,030,877 | 238,030,877 | 714,092,631 | 815,560,755 |
| 02/16/23 | 15,773 | $1.6822 | 93,764,119 | 1,000 | 1,000 | 81,716 | 81,716 | 485,768,637 | 242,884,319 | 242,884,319 | 728,652,956 | 822,418,075 |
| 02/17/23 | 14,573 | $1.6806 | 86,713,079 | 1,000 | 1,000 | 81,716 | 81,716 | 486,231,108 | 243,115,554 | 243,115,554 | 729,346,662 | 816,060,741 |
| 02/21/23 | 13,615 | $1.5317 | 88,888,164 | 1,000 | 1,000 | 81,716 | 81,716 | 533,498,727 | 266,749,364 | 266,749,364 | 800,248,091 | 889,137,255 |
| 02/22/23 | 12,640 | $1.4605 | 86,545,704 | 1,000 | 1,000 | 81,716 | 81,716 | 559,507,019 | 279,753,510 | 279,753,510 | 839,260,529 | 925,807,233 |
| 02/23/23 | 14,797 | $1.3880 | 106,606,629 | 448,764 | 448,764 | 79,216 | 79,216 | 570,720,462 | 285,360,231 | 285,360,231 | 856,080,693 | 963,136,086 |
| 02/24/23 | 14,797 | $1.3880 | 106,606,629 | 1,000 | 1,000 | 79,216 | 79,216 | 570,720,462 | 285,360,231 | 285,360,231 | 856,080,693 | 962,688,322 |
| 02/27/23 | 13,741 | $1.3562 | 101,319,865 | 1,000 | 1,000 | 79,216 | 79,216 | 584,102,640 | 292,051,320 | 292,051,320 | 876,153,960 | 977,474,825 |
| 02/28/23 | 12,513 | $1.2995 | 96,290,882 | 1,000 | 1,000 | 79,216 | 79,216 | 609,588,304 | 304,794,152 | 304,794,152 | 914,382,456 | 1,010,674,338 |
| 03/01/23 | 11,473 | $1.2995 | 88,287,804 | 1,000 | 1,000 | 79,216 | 79,216 | 609,588,304 | 304,794,152 | 304,794,152 | 914,382,456 | 1,002,671,260 |
| 03/02/23 | 10,433 | $1.2995 | 80,284,725 | 1,000 | 1,000 | 79,216 | 79,216 | 609,588,304 | 304,794,152 | 304,794,152 | 914,382,456 | 994,668,181 |
| 03/03/23 | 9,393 | $1.2995 | 72,281,647 | 1,000 | 1,000 | 79,216 | 79,216 | 609,588,304 | 304,794,152 | 304,794,152 | 914,382,456 | 986,665,103 |
| 03/06/23 | 9,393 | $1.2995 | 72,281,647 | 1,000 | 1,000 | 79,216 | 79,216 | 609,588,304 | 304,794,152 | 304,794,152 | 914,382,456 | 986,665,103 |
| 03/07/23 | 18,605 | $1.2347 | 150,684,377 | 37,305,610 | 37,305,610 | 70,004 | 70,004 | 566,971,735 | 283,485,868 | 283,485,868 | 850,457,603 | 1,038,447,590 |
| 03/08/23 | 18,605 | $1.2347 | 150,684,377 | 12,305,610 | 12,305,610 | 70,004 | 70,004 | 566,971,735 | 283,485,868 | 283,485,868 | 850,457,603 | 1,013,447,590 |
| 03/09/23 | 18,605 | $1.1851 | 156,990,972 | 12,305,610 | 12,305,610 | 70,004 | 70,004 | 590,701,207 | 295,350,604 | 295,350,604 | 886,051,811 | 1,055,348,393 |
| 03/10/23 | 18,605 | $1.1851 | 156,990,972 | 1,000 | 1,000 | 70,004 | 70,004 | 590,701,207 | 295,350,604 | 295,350,604 | 886,051,811 | 1,043,043,783 |
| 03/13/23 | 17,645 | $1.1226 | 157,179,762 | 1,000 | 1,000 | 70,004 | 70,004 | 623,588,100 | 311,794,050 | 311,794,050 | 935,382,150 | 1,092,562,912 |
| 03/14/23 | 16,721 | $1.0771 | 155,240,925 | 1,000 | 1,000 | 70,004 | 70,004 | 649,930,369 | 324,965,185 | 324,965,185 | 974,895,554 | 1,130,137,479 |
| 03/15/23 | 16,092 | $0.9631 | 167,085,454 | 1,000 | 1,000 | 70,004 | 70,004 | 726,861,178 | 363,430,589 | 363,430,589 | 1,090,291,767 | 1,257,378,221 |
| 03/16/23 | 15,372 | $0.9631 | 159,609,595 | 1,000 | 1,000 | 70,004 | 70,004 | 726,861,178 | 363,430,589 | 363,430,589 | 1,090,291,767 | 1,249,902,362 |
| 03/17/23 | 15,075 | $0.9514 | 158,450,705 | 1,000 | 1,000 | 70,004 | 70,004 | 735,799,874 | 367,899,937 | 367,899,937 | 1,103,699,811 | 1,262,151,516 |
| 03/20/23 | 12,719 | $0.7777 | 163,546,355 | 1,000 | 1,000 | 70,004 | 70,004 | 900,141,443 | 450,070,722 | 450,070,722 | 1,350,212,165 | 1,513,759,520 |
| 03/21/23 | 11,519 | $0.7575 | 152,066,007 | 1,000 | 1,000 | 70,004 | 70,004 | 924,145,215 | 462,072,608 | 462,072,608 | 1,386,217,823 | 1,538,284,830 |
| 03/22/23 | 10,919 | $0.7575 | 144,145,215 | 1,000 | 1,000 | 70,004 | 70,004 | 924,145,215 | 462,072,608 | 462,072,608 | 1,386,217,823 | 1,530,364,038 |
| 03/23/23 | 10,019 | $0.7440 | 134,663,979 | 1,000 | 1,000 | 70,004 | 70,004 | 940,913,979 | 470,456,990 | 470,456,990 | 1,411,370,969 | 1,546,035,948 |
| 03/24/23 | 10,019 | $0.7440 | 134,663,979 | 1,000 | 1,000 | 70,004 | 70,004 | 940,913,979 | 470,456,990 | 470,456,990 | 1,411,370,969 | 1,546,035,948 |
| 03/27/23 | 10,019 | $1.1226 | 89,248,174 | 1,000 | 1,000 | 70,004 | 70,004 | 623,588,100 | 311,794,050 | 311,794,050 | 935,382,150 | 1,024,631,324 |
| 03/28/23 | 10,019 | $1.1226 | 89,248,174 | 1,000 | 1,000 | 70,004 | 70,004 | 623,588,100 | 311,794,050 | 311,794,050 | 935,382,150 | 1,024,631,324 |
| 03/29/23 | 10,019 | $1.1226 | 89,248,174 | 1,000 | 1,000 | 70,004 | 70,004 | 623,588,100 | 311,794,050 | 311,794,050 | 935,382,150 | 1,024,631,324 |
| 03/30/23 | 10,019 | $1.1226 | 89,248,174 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 89,248,174 |

**Exhibit F, Table 2. Nominal Shares of BBBY Common Stock Underlying the Hudson Bay Defendants' Derivative Securities.**

**Note 1** Except for figures at deal closing, all figures are given as of 4 p.m. New York City time on the date shown.

| Date | Common Stock Underlying Series A | | | Common Stock Underlying Common Warrants | | | Common Stock Underlying Preferred Warrants | | | | Total Common Underlying Pref. Wars. | Total Common Stock Underlying Derivative Securities (To Ex. F, Tbl. 1, Col. (A)) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Series A Balance | Conversion Price | Underlying Common | Com. War. Balance | Underlying Common | Pref. War. Balance | Issuable Series A | Underlying Common | Issuable Com. Wars. | Underlying Common | | |
| | (A) | (B) | (C)=(A)×$10,000/(B) | (D) | (E) = (D) | (F) | (G) = (F) | (H)=(G)×$10,000/(B) | (I) = (H) × 0.5 | (J) = (I) | (K) = (H) + (J) | (C) + (E) + (K) |
| 03/31/23 | 10,019 | $1.1226 | 89,248,174 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 89,248,174 |
| 04/03/23 | 9,169 | $0.7160 | 128,058,660 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 128,058,660 |
| 04/04/23 | 9,169 | $0.7160 | 128,058,660 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 128,058,660 |
| 04/05/23 | 8,519 | $0.7160 | 118,980,447 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 118,980,447 |
| 04/06/23 | 8,519 | $0.7160 | 118,980,447 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 118,980,447 |
| 04/10/23 | 7,100 | $0.7160 | 99,162,012 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 99,162,012 |
| 04/11/23 | 7,100 | $0.7160 | 99,162,012 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 99,162,012 |
| 04/12/23 | 5,000 | $0.7160 | 69,832,403 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 69,832,403 |
| 04/13/23 | 5,000 | $0.7160 | 69,832,403 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 69,832,403 |
| 04/14/23 | 5,000 | $0.7160 | 69,832,403 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 69,832,403 |
| 04/17/23 | 3,200 | $0.7160 | 44,692,738 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 44,692,738 |
| 04/18/23 | 3,200 | $0.7160 | 44,692,738 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 44,692,738 |
| 04/19/23 | 1,000 | $0.7160 | 13,966,481 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13,966,481 |
| 04/20/23 | 150 | $0.7160 | 2,094,973 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,094,973 |
| 04/21/23 | 150 | $0.7160 | 2,094,973 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,094,973 |