# Exhibit J

EXHIBIT A

EXERCISE NOTICE #`1

## TO BE EXECUTED BY THE REGISTERED HOLDER TO EXERCISE THIS WARRANT TO PURCHASE COMMON STOCK

## BED BATH & BEYOND INC.

The undersigned holder hereby elects to exercise the Warrant to Purchase Common Stock No. _____ (the "**Warrant**") of Bed Bath & Beyond Inc., a New York corporation (the "**Company**") as specified below. Capitalized terms used herein and not otherwise defined shall have the respective meanings set forth in the Warrant.

1. <u>Form of Exercise Price</u>. The Holder intends that payment of the Aggregate Exercise Price shall be made as:

   ☐ a "<u>Cash Exercise</u>" with respect to _____ Warrant Shares; and/or

   ☐ a "<u>Cashless Exercise</u>" with respect to _____ Warrant Shares.

   ☑ an "<u>Alternate Cashless Exercise</u>" with respect to  5,000,000  Warrant Shares.

   In the event that the Holder has elected a Cashless Exercise with respect to some or all of the Warrant Shares to be issued pursuant hereto, the Holder hereby represents and warrants that (i) this Exercise Notice was executed by the Holder at _____ [a.m.][p.m.] on the date set forth below and (ii) if applicable, the Bid Price as of such time of execution of this Exercise Notice was $_____.

2. <u>Payment of Exercise Price</u>. In the event that the Holder has elected a Cash Exercise with respect to some or all of the Warrant Shares to be issued pursuant hereto, the Holder shall pay the Aggregate Exercise Price in the sum of $_____ to the Company in accordance with the terms of the Warrant.

3. <u>Maximum Percentage Representation</u>. Notwithstanding anything to the contrary contained herein, this Exercise Notice shall constitute a representation by the Holder of the Warrant submitting this Exercise Notice that after giving effect to the exercise provided for in this Exercise Notice, such Holder (together with its affiliates) will not have beneficial ownership (together with the beneficial ownership of such Person's affiliates) of a number of shares of Common Stock which exceeds the Maximum Percentage (as defined in the Warrant) of the total outstanding shares of Common Stock of the Company as determined pursuant to the provisions of Section 1(f) of the Warrant.

4. <u>Delivery of Warrant Shares</u>. The Company shall deliver to Holder, or its designee or agent as specified below,  3,250,000  shares of Common Stock in accordance with the terms of the Warrant. Delivery shall be made to Holder, or for its benefit, as follows:

*Error! Unknown document property name.*

☐ Check here if requesting delivery as a certificate to the following name and to the following address:

Issue to: _____

_____

_____

☑ Check here if requesting delivery by Deposit/Withdrawal at Custodian as follows:

DTC Participant: Fidelity Investments

DTC Number: #226

Account Number: 752-028932

Date: February 8, 2023

_____
Name of Registered Holder

By: *Joel Gutteridge*

Name: Joel Gutteridge
Title: Authorized Signatory*

Tax ID: _____

Facsimile: 212-571-1325

E-mail Address: investments@hudsonbaycapital.com

*Authorized Signatory
Hudson Bay Capital Management LP
not individually, but solely as
Investment Advisor to HBC Investments LLC

*Error! Unknown document property name.*