# Exhibit K

Exhibit K. The Hudson Bay Defendants' Exercise of Investment Power over the BBBY Shares Underlying Their Derivative Securities.

Note 1  Except for figures at deal closing, all figures are given as of 4 p.m. New York City time on the date shown.

| Date | Cumulative Underlying Shares Delivered by BBBY to HB (B) | Approx. Shares Outstanding per BBBY Books (D) | Pending Hudson Bay Conversion/Exercise Requests (E) | Approx. Shares Outstanding Plus Pending Requests (F) = (D) + (E) |
|---|---|---|---|---|
| At Closing | 0 | 116,837,942 | 0 | 116,837,942 |
| 02/07/23 | 0 | 116,837,942 | 31,965,740 | 148,803,682 |
| 02/08/23 | 3,250,000 | 122,532,421 | 48,215,740 | 170,748,161 |
| 02/09/23 | 31,965,740 | 154,262,331 | 32,500,000 | 186,762,331 |
| 02/10/23 | 51,465,740 | 176,059,300 | 19,500,000 | 195,559,300 |
| 02/13/23 | 64,465,740 | 189,293,081 | 12,609,610 | 201,902,691 |
| 02/14/23 | 70,965,740 | 195,965,040 | 13,974,452 | 209,939,492 |
| 02/15/23 | 77,075,350 | 202,526,667 | 18,351,299 | 220,877,966 |
| 02/16/23 | 84,940,192 | 210,819,522 | 17,561,461 | 228,380,983 |
| 02/17/23 | 95,426,649 | 222,045,652 | 14,215,313 | 236,260,965 |
| 02/21/23 | 102,501,653 | 229,652,842 | 13,394,800 | 243,047,642 |
| 02/22/23 | 109,641,962 | 236,952,470 | 20,070,598 | 257,023,068 |
| 02/23/23 | 115,896,453 | 243,346,970 | 14,709,680 | 258,056,650 |
| 02/24/23 | 122,572,251 | 250,022,768 | 8,324,929 | 258,347,697 |
| 02/27/23 | 130,606,133 | 258,152,519 | 8,077,511 | 266,230,030 |
| 02/28/23 | 130,897,180 | 258,608,875 | 17,236,256 | 275,845,131 |
| 03/01/23 | 138,683,644 | 266,641,894 | 17,452,871 | 284,094,765 |
| 03/02/23 | 156,136,515 | 285,749,248 | 8,003,079 | 293,752,327 |
| 03/03/23 | 164,139,594 | 293,752,327 | 8,003,079 | 301,755,406 |
| 03/06/23 | 164,139,594 | 301,755,406 | 8,003,079 | 309,758,485 |
| 03/07/23 | 172,142,673 | 301,755,406 | 0 | 301,755,406 |
| 03/08/23 | 172,142,673 | 301,755,406 | 16,250,000 | 318,005,406 |
| 03/09/23 | 188,392,673 | 318,137,274 | 0 | 318,137,274 |
| 03/10/23 | 188,392,673 | 318,137,274 | 7,997,997 | 326,135,271 |
| 03/13/23 | 196,390,670 | 326,142,338 | 8,551,578 | 334,693,916 |
| 03/14/23 | 196,390,670 | 326,142,338 | 17,130,172 | 343,272,510 |
| 03/15/23 | 204,942,248 | 335,404,588 | 15,109,589 | 350,514,177 |
| 03/16/23 | 213,520,842 | 343,560,009 | 14,006,856 | 357,566,865 |
| 03/17/23 | 220,051,837 | 350,101,388 | 10,597,577 | 360,698,965 |
| 03/20/23 | 227,527,698 | 357,577,249 | 33,416,178 | 390,993,427 |
| 03/21/23 | 230,649,414 | 360,698,965 | 46,156,987 | 406,855,952 |
| 03/22/23 | 260,943,876 | 391,654,367 | 23,793,788 | 415,448,155 |

Exhibit K. The Hudson Bay Defendants' Exercise of Investment Power over the BBBY Shares Underlying Their Derivative Securities.

Note 1   Except for figures at deal closing, all figures are given as of 4 p.m. New York City time on the date shown.

| Date | Cumulative Underlying Shares Delivered by BBBY to HB (B) | Approx. Shares Outstanding per BBBY Books (D) | Pending Hudson Bay Conversion/Exercise Requests (E) | Approx. Shares Outstanding Plus Pending Requests (F) = (D) + (E) |
|---|---|---|---|---|
| 03/23/23 | 276,806,401 | 407,516,892 | 20,028,038 | 427,544,930 |
| 03/24/23 | 284,737,664 | 415,448,155 | 12,096,775 | 427,544,930 |
| 03/27/23 | 296,834,439 | 427,679,339 | 0 | 427,679,339 |
| 03/28/23 | 296,834,439 | 427,679,339 | 0 | 427,679,339 |
| 03/29/23 | 296,834,439 | 428,119,580 | 0 | 428,119,580 |
| 03/30/23 | 306,834,439 | 437,679,367 | 650 | 437,680,017 |
| 03/31/23 | 306,835,089 | 496,083,426 | 0 | 496,083,426 |
| 04/03/23 | 306,835,089 | 496,083,426 | 11,871,509 | 507,954,935 |
| 04/04/23 | 306,835,089 | 496,083,454 | 11,871,509 | 507,954,963 |
| 04/05/23 | 318,706,598 | 542,013,313 | 9,078,213 | 551,091,526 |
| 04/06/23 | 318,706,598 | 558,735,983 | 9,078,213 | 567,814,196 |
| 04/10/23 | 327,784,811 | 560,088,710 | 19,818,436 | 579,907,146 |
| 04/11/23 | 327,784,811 | 588,328,488 | 19,818,436 | 608,146,924 |
| 04/12/23 | 347,603,247 | 651,306,980 | 29,329,609 | 680,636,589 |
| 04/13/23 | 347,603,247 | 667,442,613 | 29,329,609 | 696,772,222 |
| 04/14/23 | 376,932,856 | 696,772,222 | 0 | 696,772,222 |
| 04/17/23 | 376,932,856 | 712,883,592 | 25,139,665 | 738,023,257 |
| 04/18/23 | 376,932,856 | 713,179,551 | 25,139,665 | 738,319,216 |
| 04/19/23 | 402,072,521 | 738,319,244 | 30,726,257 | 769,045,501 |
| 04/20/23 | 402,072,521 | 738,654,441 | 42,597,765 | 781,252,206 |
| 04/21/23 | 432,798,778 | 781,375,487 | 11,871,508 | 793,246,995 |