# Exhibit L







Case 1:24-cv-03370-MKV   Document 1-12   Filed 05/02/24   Page 5 of 13

















