AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| 20230930-DK-BUTTERFLY-1, INC., f/k/a BED BATH & BEYOND INC., *Plaintiff(s)* <br> v. <br> HBC INVESTMENTS LLC and HUDSON BAY CAPITAL MANAGEMENT LP, *Defendant(s)* | Civil Action No. 24-cv-3370 (JHR) (SN) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Each Defendant set forth on Rider A hereto at the address below its name thereon.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> James A. Hunter, Esq.
> Law Office of James A. Hunter
> Four Tower Bridge
> 200 Barr Harbor Drive, Suite 400
> West Conshohocken, Pennsylvania 19428

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/06/2024         /S/ V. BRAHIMI
                         *Signature of Clerk or Deputy Clerk*

**Rider A to Summons in a Civil Action**
*20230930-DK-Butterfly-1, Inc. v. HBC Investments LLC et al.*,
**No. 24-cv-3370 (JHR) (SN) (S.D.N.Y. filed May 2, 2024)**

1. HBC Investments LLC
   28 Havemeyer Place, 2nd Floor
   Greenwich, Connecticut  06830

2. Hudson Bay Capital Management LP
   28 Havemeyer Place, 2nd Floor
   Greenwich, Connecticut  06830