# Akin

July 9, 2024

**VIA ECF**

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, NY 10007

      Re:    *20230930-DK-Butterfly-1, Inc. v. HBC Investments LLC et al.*, No. 1:24-cv-03370 (MKV) (SN)

Dear Judge Vyskocil:

      Defendants HBC Investments LLC and Hudson Bay Capital Management LP (together, "Hudson Bay") respectfully submit this letter in follow up to the June 3, 2024 letter (the "Pre-Motion Letter," ECF Doc. No. 16) requesting a pre-motion conference for leave to move to dismiss Plaintiff's complaint or, alternatively, that the Court enter a briefing schedule.

      For the reasons Hudson Bay explained in its Pre-Motion Letter, and will address more fully in its forthcoming motion to dismiss, Hudson Bay strongly disputes the assertions in Plaintiff's responses to the Pre-Motion Letter (ECF Doc. Nos. 17, 18). Nevertheless, Hudson Bay stands ready to file its motion to dismiss by July 11, in accordance with the parties' proposed agreed-upon briefing schedule set forth in the Pre-Motion Letter. (*See* Pre-Motion Letter at 3.) Therefore, Hudson Bay respectfully requests that the Court enter the parties' proposed briefing schedule and permit Hudson Bay to file its motion to dismiss on July 11, or, if it wishes, schedule a pre-motion conference.

      We thank the Court for its time and attention.

                                                        Respectfully submitted,

                                                        Douglas A. Rappaport

cc: All Counsel