UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| 20230930-DK-BUTTERFLY-1, INC., f/k/a BED BATH & BEYOND INC., <br><br> Plaintiff, <br><br> -vs.- <br><br> HBC INVESTMENTS LLC and HUDSON BAY CAPITAL MANAGEMENT LP, <br><br> Defendants. | Civil Action No. 1:24-cv-03370-MKV |

### DECLARATION OF KAITLIN D. SHAPIRO IN SUPPORT OF DEFENDANTS HBC INVESTMENTS LLC AND HUDSON BAY CAPITAL MANAGEMENT LP'S MOTION TO DISMISS

I, Kaitlin D. Shapiro, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am a member in good standing of the bar of the State of New York, and a partner at the firm Akin Gump Strauss Hauer & Feld LLP, counsel for defendants HBC Investments LLC and Hudson Bay Capital Management LP (together, "Hudson Bay") in the above-captioned action.

2. I respectfully submit this declaration in support of Hudson Bay's Motion to Dismiss and Memorandum of Law filed concurrently herewith.

3. A true and correct copy of Bed Bath & Beyond Inc.'s Form 8-K/A, dated February 10, 2023, as downloaded from the Securities Exchange Commission's EDGAR database, is attached hereto as **Exhibit 1**.

4. A true and correct copy of Exhibit 10.34 to Immunogen, Inc.'s Form 10-Q, dated November 8, 1996, as downloaded from the Securities Exchange Commission's EDGAR database, is attached hereto as **Exhibit 2**.

5.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 11, 2024
       New York, New York

*[signature]*
Kaitlin D. Shapiro
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-8096
kshapiro@akingump.com

*Counsel for Defendants HBC Investments LLC and Hudson Bay Capital Management LP*