Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T +1 212.872.1000
F +1 212.872.1002
akingump.com



**Douglas A. Rappaport**

+1 212.872.7412/fax: +1 212.872.1002
darappaport@akingump.com

July 11, 2024

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, NY 10007

Re: *20230930-DK-Butterfly-1, Inc. v. HBC Investments LLC et al.*, No. 1:24-cv-03370 (MKV) (SN)

Dear Judge Vyskocil:

We represent defendants HBC Investments LLC and Hudson Bay Capital Management LP (together, "Hudson Bay") in the above-captioned matter. We write in accordance with Your Honor's Individual Rule 4(A)(vii) to respectfully request oral argument in relation to Hudson Bay's Motion to Dismiss. We believe that oral argument may be helpful given the nature of the legal issues in this matter, but defer to the Court as to whether oral argument would assist the Court's deliberations.

Respectfully Submitted,

Douglas A. Rappaport

cc: All Counsel (*via ECF*)