UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 20230930-DK-BUTTERFLY-1, INC., f/k/a BED BATH & BEYOND INC., <br><br> Plaintiff, <br><br> v. <br><br> HBC INVESTMENTS LLC and HUDSON BAY CAPITAL MANAGEMENT LP, <br><br> Defendants. | No. 24 Civ. 3370 (MKV) |

## NOTICE OF MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

PLEASE TAKE NOTICE that upon the accompanying Declaration of Justin M. Ellis, the proposed *amicus curiae* brief attached thereto, and upon the accompanying Memorandum of Law, Securities Regulation Professors Bernard Black, Jonathan R. Macey, and Adam C. Pritchard shall move this Court, before the Honorable Mary Kay Vyskocil, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York, at a date and time to be determined by the Court, for an order granting leave to file the attached *amicus curiae* brief and granting such other relief as the Court deems just and proper.

Dated: August 30, 2024
New York, New York

Respectfully submitted,

  /s/ Justin M. Ellis
Justin M. Ellis
Jennifer E. Fischell
Sara Tofighbakhsh (*pro hac vice* forthcoming)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161
jellis@mololamken.com
jfischell@mololamken.com
stofighbakhsh@mololamken.com

*Attorneys for Amici Curiae Securities Regulation Professors*