# James A Hunter
ATTORNEY AT LAW

**201 King of Prussia Road, Suite 650**
**Radnor, Pennsylvania  19087**

TELEPHONE  (484) 275-2162
FACSIMILE  (646) 462-3356

September 4, 2024

*BY ECF*

The Honorable Mary Kay Vyskocil
U.S. District Court, S.D.N.Y.
500 Pearl Street, Room 2230
New York, New York  10007

> **Re:** *20230930-DK-Butterfly-1, Inc. v. HBC Investments LLC et al.*,
> **No. 24-cv-3370 (MKV) (SN) (S.D.N.Y. filed May 2, 2024)**
> **Plaintiff's Response to Motion for Leave to File Amicus Brief**

Dear Judge Vyskocil:

      I write on behalf of Plaintiff 20230930-DK-Butterfly-1, Inc., f/k/a Bed Bath & Beyond Inc., to respectfully inform the Court that Plaintiff intends to file a response to the motion of the amici professors for leave to file an amicus brief.  Dkt. 30.  Unless ordered otherwise, Plaintiff will file its response no later than Friday, September 13, 2024, in accordance with Local Civil Rule 6.1(b).

      Respectfully submitted,

      /s/ James A. Hunter

Copies by ECF: All Counsel of Record