# James A Hunter
### attorney at law

201 King of Prussia Road, Suite 650
Radnor, Pennsylvania  19087

telephone  (484) 275-2162
facsimile  (646) 462-3356

September 6, 2024

**BY ECF**

The Honorable Mary Kay Vyskocil
U.S. District Court, S.D.N.Y.
500 Pearl Street, Room 2230
New York, New York  10007

      Re:    *20230930-DK-Butterfly-1, Inc. v. HBC Investments LLC et al.*,
             No. 24-cv-3370 (MKV) (SN) (S.D.N.Y. filed May 2, 2024)
             **Plaintiff's Letter Motion to Seal Response to Motion to Dismiss**

Dear Judge Vyskocil:

      I represent Plaintiff 20230930-DK-Butterfly-1, Inc., f/k/a Bed Bath & Beyond Inc. ("BBBY"), in the case referred to above.  I write under Federal Rule of Civil Procedure 5.2 to request leave to file BBBY's response to the motion to dismiss its complaint [Dkt. 24] under seal, with a redacted version of the response on the public record.  Proposed redacted and unredacted versions of the response (with proposed redactions highlighted on the unredacted version) are being filed through the Court's CM/ECF system contemporaneously with this letter.

      Judge Koeltl granted BBBY leave to file its complaint in this case under seal.  *See 20230930-DK-Butterfly-1, Inc. v. HBC Investments LLC*, No. 24-mc-206-JGK (S.D.N.Y. Apr. 30, 2024) (Dkt. 4).  Pursuant to Judge Koeltl's order, BBBY filed a sealed version of the complaint on paper in the traditional manner, along with a redacted version of the complaint on the public docket.  No. 24-cv-3370, Dkts. 1, 3.  The purpose of sealing and redacting the complaint was to protect from public disclosure proprietary information BBBY obtained from Defendant Hudson Bay Capital Management LP ("Defendant").

      BBBY's response to Defendant's motion to dismiss the complaint refers to some of the same information redacted from the public version of the complaint, and BBBY now seeks leave to redact this same information from the publicly filed version of its response.  The proposed public version of BBBY's response does not redact any information that was not already redacted from the public version of the complaint approved for filing by Judge Koeltl.  Like the redactions to the complaint, the proposed redactions to the response are narrowly tailored to withdraw from public inspection only the proprietary information BBBY obtained from Defendant.

      I am submitting herewith a declaration in support of this motion.  Because the Court has not publicly released a copy of Judge Koeltl's order or BBBY's motion in No. 24-mc-

The Honorable Mary Kay Vyskocil
September 6, 2024
Page 2

206, I have not submitted copies of them with my declaration. Those documents remain restricted from public view through the Court's CM/ECF system but are available for the Court's inspection at Docket Nos. 1-2 and 4 in No. 24-mc-206. *See* Decl. of James A. Hunter ¶ 4 (Sept. 6, 2024). BBBY's memorandum of law in support of its sealing motion explained in detail, with reference to the standards of *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006), the rationale for redacting the publicly filed complaint. *See* No. 24-mc-206, Dkt. 1-2 at 4-6. Because the instant motion does not seek to redact any information that was not already redacted from the publicly filed version of BBBY's complaint, BBBY believes that the same analysis now justifies the commensurate redaction of its response to the motion to dismiss.

      BBBY accordingly requests an order granting it leave to file its response to the motion to dismiss under seal, with a redacted version of the response on the public docket.

      We thank the Court for its time.

      Respectfully submitted,

      /s/ James A. Hunter

Copies by ECF: All Counsel of Record