UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| 20230930-DK-BUTTERFLY-1, INC., f/k/a BED BATH & BEYOND INC., <br><br> Plaintiff, <br><br> -vs.- <br><br> HBC INVESTMENTS LLC and HUDSON BAY CAPITAL MANAGEMENT LP, <br><br> Defendants. | Civil Action No. 1:24-cv-03370-MKV |

### SUPPLEMENTAL DECLARATION OF KAITLIN D. SHAPIRO IN SUPPORT OF DEFENDANTS HBC INVESTMENTS LLC AND HUDSON BAY CAPITAL MANAGEMENT LP'S <u>MOTION TO DISMISS</u>

I, Kaitlin D. Shapiro, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am a member in good standing of the bar of the State of New York, and a partner at the firm Akin Gump Strauss Hauer & Feld LLP, counsel for defendants HBC Investments LLC and Hudson Bay Capital Management LP (together, "Hudson Bay") in the above-captioned action.

2. I respectfully submit this declaration in further support of Hudson Bay's Motion to Dismiss and Reply Memorandum of Law filed herewith.

3. A true and correct copy of excerpts from Exhibit 10.1 to Bed Bath & Beyond Inc.'s Form 8-K/A, dated February 10, 2023, as downloaded from the Securities Exchange Commission's EDGAR database, is attached hereto as **<u>Exhibit 1</u>**.

4. I declare under penalty of perjury that the foregoing is true and correct.

1

Dated: October 2, 2024
      New York, New York

                                          /s/ Kaitlin Shapiro
                                        Kaitlin D. Shapiro
                                        AKIN GUMP STRAUSS HAUER & FELD LLP
                                        One Bryant Park
                                        New York, New York 10036
                                        (212) 872-8096
                                        kshapiro@akingump.com

                                        *Counsel for Defendants HBC Investments LLC and Hudson Bay Capital Management LP*