**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
20230930-DK-BUTTERFLY-1, INC. f/k/a BED
BATH & BEYOND INC.,

                Plaintiff,

-against-                                  24 **CIVIL** 3370 (MKV)

## **JUDGMENT**

HBC INVESTMENTS LLC and HUDSON BAY
CAPITAL MANAGEMENT LP,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 30, 2025, Defendants' motion to dismiss is GRANTED. Plaintiff's motion to seal is GRANTED in part, with the caveat that redacted portions of the Complaint, and the Opposition are unsealed only to the extent that they are revealed in the Opinion. The Court dismisses this case with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      September 30, 2025

                                                           **TAMMI M. HELLWIG**
                                                               **Clerk of Court**

                              **BY:**          K. Mango

                                                               **Deputy Clerk**