## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

20230930-DK-BUTTERFLY-1, INC., f/k/a
BED BATH & BEYOND INC.,

      Plaintiff,

      – v. –

HBC INVESTMENTS LLC and
HUDSON BAY CAPITAL
MANAGEMENT LP,

      Defendants.

No. 24-cv-3370 (MKV) (SN)

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff 20230930-DK-Butterfly-1, Inc., f/k/a Bed Bath &

Beyond Inc., respectfully appeals to the U.S. Court of Appeals for the Second Circuit from the

Judgment of this Court entered on October 2, 2025 and the Opinion and Order of this Court filed

on September 30, 2025, which dismissed Plaintiff's complaint for failure to state a claim under

Federal Rule of Civil Procedure 12(b)(6).

Copies of the judgment and opinion are attached as Exhibit A. A list of persons to be

served by the Clerk of the Court is attached as Exhibit B.

Dated: October 28, 2025

Respectfully submitted,

/s/ James A. Hunter
James A. Hunter
LAW OFFICE OF JAMES A. HUNTER
201 King of Prussia Road, Suite 650
Radnor, Pennsylvania  19087
Phone: +1 (484) 214-4697
Fax:    +1 (646) 462-3356
Email: hunter@hunterkmiec.com

*Counsel for Plaintiff 20230930-DK-Butterfly-1,*
   *Inc., f/k/a Bed Bath & Beyond Inc.*