# Exhibit B

*20230930-DK-Butterfly-1, Inc. v. HBC Investments LLC et al.*,
**No. 24-cv-3370 (MKV) (SN) (S.D.N.Y. dismissed Sept. 30, 2025)**

**Service List**

*Counsel for Defendants HBC Investments LLC*
*and Hudson Bay Capital Management LP:*

    Douglas A. Rappaport, Esq.
    Kaitlin D. Shapiro, Esq.
    Michael Chen, Esq.
    Richard J. D'Amato, Esq.
    Akin Gump Strauss Hauer & Feld LLP
    One Bryant Park
    New York, New York  10036
    Tel: +1 (212) 872-1000
    Fax:+1 (212) 872-1002